JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds, <br><br> Plaintiff, <br><br> v. <br><br> Byung P. Kwon, an Individual; Barbara B. Kwon, an Individual; and Does 1-10, <br><br> Defendants. | Case No.: 2:21-cv-00285-JLS-GJS <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to Fed. R. Civ. P. 41, and the Parties' Stipulation,

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' entire action against all Defendants is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 04, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE